IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2: 08-cr-0509 MCE CKD

vs.

DANIEL RAMIREZ-JIMENEZ,

    Movant.

<u>ORDER</u>

/

    Movant, a federal prisoner proceeding *pro se*, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(b)(3). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to reassign this case to a different Magistrate Judge.

Dated: August 27, 2012

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
rami0509.recusal

1