UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>DANIEL RAMIREZ-JIMENEZ,<br><br>    Movant. | No. 2:08-cr-0509-MCE-KJN<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se. On November 21, 2013, Movant filed a notice of appeal and request for certificate of appealability.

For the reasons set forth in the May 16, 2013, Findings and Recommendations (ECF No. 89), the Court finds that Movant has not made a substantial showing of the denial of a constitutional right, and therefore the Court declines to issue a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for issuance of certificate of appealability (ECF No. 93) is DENIED; and

2. The Clerk of the Court shall process Movant's appeal.

IT IS SO ORDERED.

Dated: December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT